FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER LOPEZ-SANTOS,<br>a/k/a Arnulfo Gomez Mendez,<br><br>Defendant. | No. 2:02-CR-02202-RHW-1<br>Civil No. 2:16-CV-240-RHW<br><br>**ORDER DENYING MOTION TO SET ASIDE, VACATE OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255** |

Before the Court is Defendant's Motion to Set Aside, Vacate or Correct Sentence under 28 U.S.C. § 2255 pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015). ECF No. 69. Defendant challenges his sentence of 188 months for a conviction for Conspiracy to Distribute Over 100 Grams of Heroin. *Id.*

Defendant previously filed a Motion to Set Aside, Vacate or Correct Sentence under 28 U.S.C. § 2255 on February 8, 2011. ECF No. 60. The Court dismissed the motion with prejudice for lack of timeliness. ECF No. 61. Defendant did not appeal the dismissal.

A habeas petition is successive if it raises claims that were or could have been adjudicated on the merits. *Woods v. Carey*, 525 F.3d 886, 888 (9th Cir. 2008) (citing *Cooper v. Calderon*, 274 F.3d 1270, 1273 (9th Cir. 2001)). The dismissal of a habeas petition as untimely is considered a disposition on the merits and a future

**ORDER DENYING MOTION TO SET ASIDE, VACATE OR CORRECT SENTENCE ~ 1**

challenge of the same conviction would be a successive § 2255. *McNabb v. Yates, 576 F.3d 1028, 1029.* Accordingly, the instant motion is a successive §2255.

Before a successive § 2255 petition may be filed in the district court, the petitioner must move the appropriate court of appeals to authorize the district court to consider the application. 28 U.S.C. § 2244(3)(A). The Court cannot find evidence that Defendant has sought, or that the Ninth Circuit has granted, authorization that would allow this Court to consider Defendant's successive § 2255. Thus, this Court lacks jurisdiction to consider Defendant's motion, and the petition must be dismissed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Set Aside, Vacate or Correct Sentence under 28 U.S.C. § 2255 in light *Johnson v. United States*, 135 S.Ct. 2551 (2015), **ECF No. 69**, is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel, Defendant *at his prison address*, and **close the file.**

**DATED** this 5th day of July, 2016.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER DENYING MOTION TO SET ASIDE, VACATE OR CORRECT SENTENCE ~ 2**